IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **MARQUI STITH SR.,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL S. REA, LLC, MICHAEL S. REA, TIPS EAST, LLC,** and **DAVID HESS,**<br><br>Defendants. | **Case No. 1:21-cv-436-LO-IDD**<br><br>**Jury Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Marqui Stith Sr., by and through the undersigned counsel and pursuant to F. R. C. P. 41(a)(1)(A)(i), hereby dismisses his claims against Defendants Michael S. Rea, LLC and Michael S. Rea without prejudice. Plaintiff continues to maintain his claims against Tips East, LLC and David Hess.

Respectfully submitted,

*/s/ G. Greenberg*
**GREGG C. GREENBERG**
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone: 301-587-9373
Email: ggreenberg@zagfirm.com

**MEREDITH MATHEWS**
Texas Bar No. 24055180
400 North St. Paul Street, Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(469) 399-1070 fax
mmathews@foresterhaynie.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

 I hereby certify that the forgoing document will be served on all parties of record in accordance with the Federal Rules of Civil Procedure.

                */s/ G. Greenberg*
                **GREGG C. GREENBERG**