IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **MARQUI STITH SR.,** individually and on behalf of all others similarly situated,<br><br>**Plaintiff**,<br><br>v.<br><br>**TIPS EAST, LLC,** et al.<br><br>**Defendants**. | Case No. 1:21-cv-436-LO-IDD |

### JOINT NOTICE OF SETTLEMENT

The Parties have reached an agreement in principle as to the resolution of this litigation and are in the process of drafting the Settlement Agreement. Upon finalizing the Settlement Agreement, the Parties anticipate submitting a motion for preliminary approval, requesting the Court's approval of the Parties' class action settlement.

WHEREFORE, the Parties provide their Joint Notice of Settlement, and respectfully request that the Court continue the stay in this matter to May 18, 2022 to give the parties time to draft and present settlement documents to the court for approval.

    Respectfully Submitted,

    _/s/ Jay Forester_____
    Jay Forester
    TX Bar no. 24110764
    Forester Haynie PLLC
    400 N. St. Paul Street, Suite 700
    Dallas, TX 75201
    (214) 210-2100
    info@foresterhaynie.com

    _/s/ Gregg C. Greenberg_____
    Gregg C. Greenberg
    VA Bar No. 79610
    Zipin, Amster & Greenberg, LLC

1

        8757 Georgia Avenue, Suite 400
Silver Spring, MD 209010
(301) 587-9373
ggreenberg@zagfirm.com

**Class Counsel**

_____/S/_____
Constantinos Panagopoulos
VA Bar No. 33356
Ballard Spahr LLP (DC)
1909 K Street NW
12th Floor
Washington, DC 20006
(202) 661-2202
cgp@ballardspahr.com

**Defense Counsel**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing pleading was served via the Court's ECF filing system.

_____/S/_____
Gregg C. Greenberg

2